# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | ED CV 23-01868-CJC (DFM) | Date: | March 26, 2024 |
|---|---|---|---|
| Title | Ismail Mora v. John Doe 1 et al. | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order to Show Cause

On January 17, 2024, the Court issued an Order dismissing Plaintiff's First Amended Complaint with leave to amend. See Dkt. 9. The Court gave Plaintiff three options to proceed: (1) voluntarily dismiss the claims identified as deficient by the Court and proceed only on his excessive force claims against Defendants John Does 1, 2, 3, and 4 in their individual capacities; (2) stand on the First Amended Complaint; or (3) file a Second Amended Complaint curing the defects identified in the Court's Order. See id. at 13-14. Plaintiff was ordered to return a Notice of Election form within thirty-five (35) days. See id. Plaintiff has not filed a Notice of Election, and the deadline has passed.

It is Plaintiff's responsibility to respond promptly to all Orders and to prosecute the action diligently. **Accordingly, the Court hereby ORDERS Plaintiff to show cause in writing no later than twenty-one (21) days from the date of this order why this action should not be dismissed for lack of prosecution.** As an alternative to a written response by Plaintiff, the Court will consider the filing of the Notice of Election form and, if applicable, Plaintiff's Second Amended Complaint, on or before the above date, as an appropriate response to this Order to Show Cause.

Plaintiff is warned that failure to respond to this Order may result in a recommendation that this case be dismissed without prejudice for failure to prosecute.